```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                            18 Cr. 212 RWS

TYRONE WOOLASTON,

               Defendant.

------------------------------x

                                        March 22, 2018
                                        12:05 p.m.


Before:

               HON. ROBERT W. SWEET,

                                        District Judge


                    APPEARANCES


GEOFFREY S. BERMAN,
     Interim United States Attorney for the
     Southern District of New York
ALISON G. MOE,
     Assistant United States Attorney


MARCO LARACCA,
     Attorney for defendant Woolaston
```

1             (In open court)

2             (Case called)

3             THE COURT:  Please be seated.  Thank you very much.

4        We have not met before on this case, so when will the

5   government complete its discovery obligations?

6             MS. MOE:  Your Honor, the government anticipates

7   completing producing discovery in approximately two weeks.  In

8   advance of producing discovery, your Honor, we anticipate

9   submitting a proposed protective order for the court's

10  consideration because some of the materials we will be

11  producing relate to airport security.

12            THE COURT:  Say it again.

13            MS. MOE:  Some of the materials the government will be

14  producing relate to airport security, and for that reason the

15  parties will be submitting a proposed protective order to

16  protect some discovery in advance of producing it.

17            THE COURT:  Okay.  Let me ask the defense, what would

18  you like, a month to determine whether or not you want to make

19  any motions or what do you think?

20            MR. LARACCA:  Your Honor, it is uncertain how

21  voluminous the discovery is going to be.  If we can get 60

22  days?

23            THE COURT:  Okay, sure.  That's the hard part, trying

24  to figure out time.  Where are we now?  Yes, okay.  The end of

25  May, you think?

|  |  |
|---|---|
| 1 | MR. LARACCA:  That should be fine, your Honor. |
| 2 | THE COURT:  Why don't we do this if this is agreeable. |
| 3 | We stop the clock until May 23rd, at which time you |
| 4 | make any motions returnable if you want to have motions.  If |
| 5 | you don't, we'll have a pretrial conference and figure out |
| 6 | trial schedule and whatever else needs to be done. |
| 7 | How is that? |
| 8 | MR. LARACCA:  That sounds fair to me. |
| 9 | THE COURT:  Okay.  So it will be returnable on the |
| 10 | 23rd or a conference.  If you don't make a motion, let's make |
| 11 | the conference -- well, you know, we could do it at noon.  I |
| 12 | will be having other motions presumably but, okay, yes. |
| 13 | Is that all right? |
| 14 | MS. MOE:  Yes, your Honor.  Thank you very much. |
| 15 | MR. LARACCA:  Yes, your Honor. |
| 16 | THE COURT:  Anything else we should do? |
| 17 | MS. MOE:  No, your Honor, aside from, with respect to |
| 18 | the matter of the speedy trial clock. |
| 19 | THE COURT:  Whenever you get the order, I take it you |
| 20 | all will work on it together and when you get the order, submit |
| 21 | it and I'll sign it. |
| 22 | MS. MOE:  Thank your Honor. |
| 23 | MR. LARACCA:  Yes. |
| 24 | THE COURT:  Anything else? |
| 25 | MS. MOE:  With respect to speedy trial, the government |

I3MJWOOC                    Conference

1  respectfully request the court exclude time between today's
2  date and May 23rd.
3           THE COURT:  Yes, yes, I have stopped the clock until
4  the 23rd of May in the interests of justice so that the defense
5  can get the discovery and determine whether or not they want to
6  make motions.
7           MS. MOE:  Thank your Honor.
8           THE COURT:  Anything else?
9           MS. MOE:  Not from the government, your Honor.
10          Thank you.
11          MR. LARACCA:  That is it.  Thank you.
12          THE COURT:  Thanks.
13          (Court adjourned)
14
15
16
17
18
19
20
21
22
23
24
25