```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


In re:                                 :
                                            Docket #1:18-cr-00212-
 UNITED STATES OF AMERICA,             :    RWS-1

                Plaintiff,             :

   - against -                         :

 WOOLASTON, et al.,                    :    New York, New York
                                            March 12, 2018
                Defendants.            :

--------------------------------------- :


                       PROCEEDINGS BEFORE
                 THE HONORABLE SARAH NETBURN,
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:            UNITED STATES ATTORNEY'S OFFICE
                          BY:  ALISON G. MOE, ESQ.
                          One Saint Andrew's Plaza
                          New York, New York 10007
                          212-637-2225

For Defendant Woolaston:  THE ANTHONY POPE LAW FIRM
                          BY:  ERIC W. FEINBERG, ESQ.
                          60 Park Place, Suite 703
                          Newark, New Jersey 07102
                          908-415-9309




Transcription Service:    Carole Ludwig, Transcription Services
                          141 East Third Street #3E
                          New York, New York 10009
                          Phone:  (212) 420-0771
                          Fax:    (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                         PROCEEDINGS                        3
 2              THE CLERK:  The matter of United States v. Tyrone
 3   Woolaston.  Counsel, please state your names for the
 4   record.
 5              MS. ALISON MOE:  Good morning, your Honor.  Alison
 6   Moe for the government.
 7              THE HONORABLE SARAH NETBURN (THE COURT):  Good
 8   morning.
 9              MR. ERIC FEINBERG:  Eric Feinberg of the Anthony
10   Pope Law Firm for Tyrone Woolaston, who's present.  Good
11   morning, your Honor.
12              THE COURT:  Good morning.  Please be seated.
13              Good morning, Mr. Woolaston.
14              MR. TYRONE WOOLASTON (THE DEFENDANT):  Good
15   morning, ma'am.
16              THE COURT:  My name is Judge Netburn.  Let me
17   begin with the (indiscernible).  I have here,
18   Mr. Feinberg, supporting documents.  I understand you're
19   in the process of getting your original certificate --
20              MR. FEINBERG:  Yes, your Honor.  It will take
21   about two weeks to come in the mail.
22              THE COURT:  Okay.  And have you submitted a
23   (indiscernible)?
24              MR. FEINBERG:  All the paperwork was sent once,
25   and it was signed, and ECF will submit payment.
```

```
 1                        PROCEEDINGS                        4
 2             THE COURT:  I think it goes the other way around.
 3   All right, well, I'm going to approve your order for you
 4   to be admitted pro hac vice.  But I want you to go --
 5   typically the Court (indiscernible) so you should go to
 6   find out if you're going to have to pay that now with the
 7   clerk downstairs.  Okay?
 8             Okay.  Mr. Woolaston, you've been charged in an
 9   information received by the United States Attorney.  Under
10   the Constitution you have the right to be charged -- I'm
11   sorry -- can you hear me?
12             (Judge's microphone turned on.)
13             THE COURT:  Under the Constitution you have the
14   right to be charged by an indictment issued by a grand
15   jury instead of by an information like this.  A grand jury
16   is a group of 23 ordinary citizens that are called to jury
17   service to hear the government's evidence in criminal
18   cases and decide whether the evidence is sufficient to
19   justify bringing you to trial.  In order to return an
20   indictment, at least 12 of the grand jurors must vote for
21   the indictment, finding that there is probable cause to
22   believe that the crime for which you are being charged has
23   been committed and that you committed it.  You have the
24   right to have these charges considered by the grand jury,
25   which means that, without your consent, these charges
```

```
 1                        PROCEEDINGS                          5
 2  could not even be brought unless the grand jury approved
 3  them.  But if you waive indictment by the grand jury, the
 4  case will proceed against you based on the United States
 5  Attorney's information just as if you had been indicted.
 6  Do you understand that?
 7            THE DEFENDANT:  Yes, ma'am.
 8            THE COURT:  Are you sure?  You look at little
 9  puzzled.
10            THE DEFENDANT:  Yes, ma'am.
11            THE COURT:  Okay.  There's two different ways you
12  can be charged.  You can be charged either by an
13  indictment or by an information.  In order to be charged
14  by an indictment, the grand jury needs to hear the
15  evidence that the government brings --
16            THE DEFENDANT:  I'm sorry, yes, ma'am.
17            THE COURT:  Thank you.  The grand jury needs to
18  hear evidence that's brought by the government and
19  consider whether or not to issue an indictment.  The other
20  way that you can be charged is based on something called
21  an information, and I understand that you intend to waive
22  your right to have your case considered by the grand jury
23  and agree to be charged by an information.  But you have
24  the right, under the Constitution, to have your case
25  considered by the grand jury and have the grand jury, if
```

```
 1                        PROCEEDINGS                      6
 2   they so find, issue the indictment.  But if you waive that
 3   right, then the charges can proceed against you based on
 4   the information.  Do you understand all of that?
 5             THE DEFENDANT:  I do, ma'am.
 6             THE COURT:  Do you want a minute to talk to your
 7   attorney?
 8             THE DEFENDANT:  Just one.
 9             THE COURT:  Okay.
10             (Pause in proceeding)
11             THE COURT:  Are you ready, sir?
12             THE DEFENDANT:  Yes, ma'am.
13             THE COURT:  A few moments ago you were shown a
14   copy of the Waiver of Indictment form that you signed.  Did
15   you review this form with your attorney before you signed
16   it?
17             THE DEFENDANT:  Yes, ma'am.
18             THE COURT:  And do you understand that by signing
19   this form you are giving up your right to have your case
20   presented to the grand jury and that you are agreeing
21   instead to allow the charges to be filed by the United
22   States Attorney.  Do you understand that?
23             THE DEFENDANT:  Yes, ma'am.
24             THE COURT:  Have you discussed with your attorney
25   the advantages and disadvantages of waiving indictment?
```

```
 1                         PROCEEDINGS                         7
 2              THE DEFENDANT:  Yes, ma'am.
 3              THE COURT:  Have any threats or promises been made
 4    to get you to waive indictment?
 5              THE DEFENDANT:  No, ma'am.
 6              THE COURT:  Do you wish to give up your right to
 7    be charged by a grand jury?
 8              THE DEFENDANT:  Yes, ma'am.
 9              THE COURT:  I can see that you're hesitating, sir.
10              THE DEFENDANT:  Yes, ma'am.
11              THE COURT:  Are you sure you're prepared for this?
12              THE DEFENDANT:  Yes, ma'am.
13              THE COURT:  Are you sure?
14              THE DEFENDANT:  Yes, ma'am.
15              THE COURT:  Do you want another minute or two to
16    speak with your lawyer?
17              THE DEFENDANT:  No, ma'am.
18              THE COURT:  No.  Okay.  So you are agreeing to
19    proceed with the charges brought against you in this
20    information, is that correct?
21              THE DEFENDANT:  Yes, ma'am.
22              THE COURT:  And do you understand that doing this
23    means that you're giving up your right to have the charges
24    first considered by the grand jury; do you understand that?
25              THE DEFENDANT:  Yes, ma'am.
```

```
 1                        PROCEEDINGS                        8
 2              THE COURT:  Okay.  Sir, the charge against you
 3   that is brought in this information is a two-count charge.
 4   You're charged in Count 1 of the information with narcotics
 5   conspiracy.  It charges that you engaged in a conspiracy to
 6   distribute and possess with intent to distribute a
 7   controlled substance in violation of Title 21 of the United
 8   States Code, §841(a)(1) and that you conspired to
 9   distribute and possess with intent to distribute five
10   kilograms or more of cocaine.  Count 2 charges you with use
11   of a firearm in furtherance of that narcotics conspiracy,
12   and that's in violation of Title 18 of the United States
13   Code, §924(c)(1)(A)(i).  And, in addition, there's as
14   forfeiture allegation attached to the information.  Have
15   you received a copy of this information, sir?
16              THE DEFENDANT:  Yes, ma'am.
17              THE COURT:  Have you reviewed it and discussed it
18   with your lawyer?
19              THE DEFENDANT:  Yes, ma'am.
20              THE COURT:  Would you like me to read it to you in
21   full in open court?
22              THE DEFENDANT:  No, ma'am.
23              THE COURT:  And how do you plead to the charges?
24              THE DEFENDANT:  Not guilty, ma'am.
25              THE COURT:  Okay.  Thank you, sir.
```

```
 1                      PROCEEDINGS                        9
 2              Anything further from either side?
 3              MS. MOE:  Yes, your Honor.  Judge Sweet has
 4   tentatively scheduled a conference for March 22 for an initial
 5   conference in this matter.  We're just confirming with
 6   scheduling.  And the government would respectfully request
 7   that the Court exclude time between today's date and March 22.
 8   The parties continue discussing a potential resolution of this
 9   matter.
10              THE COURT:  Any objection?
11              MR. FEINBERG:  No, your Honor.
12              THE COURT:  All right, thank you very much,
13   everybody.
14              MS. MOE:  Thank you, your Honor.
15              MR. FEINBERG:  Thank you, your Honor.
16              (Whereupon, the matter is adjourned.)
17
18
19
20
21
22
23
24
25
```

```
 1                                                         10
 2
 3                   C E R T I F I C A T E
 4
 5        I, Carole Ludwig, certify that the foregoing
 6   transcript of proceedings in the case of United States of
 7   America v. Woolaston, et al, Docket #18-cr-00212, was
 8   prepared using digital transcription software and is a true
 9   and accurate record of the proceedings.
10
11
12
13   Signature_____Carole Ludwig_____
14                  Carole Ludwig
15   Date:    August 21, 2018
16
17
18
19
20
21
22
23
24
25
```